# MEMORANDA

OF

## CASES NOT REPORTED IN FULL.

---

DORA PEEL, Respondent, v. JOHN KERN, Appellant.

*Witness — irrelevant questions for the purpose of discrediting — discretionary.*

Inquiries on irrelevant topics to discredit a witness, and the extent to which a course of irrelevant inquiry may be pursued, are matters submitted to the sound discretion of the trial court. The exercise of that discretion is not the subject of legal review, except in cases of plain abuse and injustice. (*La Beau* v. *The People*, 34 N. Y., 233; *Gt. Western Turnpike Co.* v. *Loomis*, 32 id., 127; *Greton* v. *Smith*, 33 id, 245.)

THIS action was for an assault and battery. The defendant was sworn on the trial and denied committing the same.

The conflict between the plaintiff and her witnesses, and the defendant and his witnesses was entirely irreconcilable.

The court, on this state of facts, permitted, for the purpose of affecting the credibility of the witness, questions to be put to him, as to his having beaten two other persons, and having had difficulty with a third. Affirmative answers were given, accompanied by statements which tended to justify the assault, if they did not wholly justify the same.

· *John Fleming*, for appellant. *Theodore J. Cogswell*, for respondent.

Opinion by BARNARD, J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Judgment affirmed, with costs.